UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN FRANCK,

        Plaintiff,

    v.

YOLO COUNTY, PATRICK S. BLACKLOCK, COUNTY ADMINISTRATOR; EDWARD G. PRIETO, YOLO COUNTY SHERIFF,

        Defendants.

_____/

NO. CIV. S-11-2284 LKK/GGH

O R D E R

    A status conference was held in chambers on November 7, 2011. After hearing, the court orders as follows:

    1.   A further status conference is set for January 23, 2012 at 2:30 p.m.

    IT IS SO ORDERED.

    DATED: November 9, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1