1  OFFICE OF THE COUNTY COUNSEL
   COUNTY OF YOLO
2  ROBYN TRUITT DRIVON CSB#152270
   County Counsel
3  DANIEL CARL CEDERBORG CSB#124260
   Assistant County Counsel
4  625 Court Street, Room 201
   Woodland, CA  95695
5  Telephone: (530) 666-8172

6  Attorneys for County of Yolo,
     County Administrator Patrick S. Blacklock, and
7    Yolo County Sheriff Edward G. Prieto

8

9  **UNITED STATES DISTRICT COURT**

10  **EASTERN DISTRICT OF CALIFORNIA**

11

| HERMAN FRANCK | CASE NO: 2:11-CV-02284-LKK-GGH |
|---|---|
| Plaintiff, | STIPULATED ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |
| vs. | |
| YOLO COUNTY, PATRICK S. BLACKLOCK, COUNTY ADMINISTRATOR, EDWARD G. PRIETO, YOLO COUNTY SHERIFF | Current Date:  December 19, 2011<br>Time:  10:00 a.m.<br>Courtroom: 4 |
| Defendants. | Proposed Continued Date:  January 17, 2012<br>Time:  10:00 a.m.<br>Courtroom: 4 |

Defendants YOLO COUNTY, PATRICK S. BLACKLOCK and EDWARD G. PRIETO (hereinafter "DEFENDANTS") and Plaintiffs ALEX Q. FRANCK, and ADAM D. FRANCK hereby agree and stipulate to continue the hearing date on Plaintiff's Motion for Preliminary Injunction and Defendant's Motion to Dismiss the Second Amended Complaint from December 19, 2011 to January 17, 2012 at 10:00a.m. in Courtroom 4 of the United States District Court for the Eastern District of California.

1

STIPULATED ORDER TO CONTINUE HEARING DATE

| | |
|---|---|
| Date: November 18, 2011 | OFFICE OF THE COUNTY COUNSEL<br>COUNTY OF YOLO |
| | By:   /s/ Daniel C. Cederborg |
| | Daniel C. Cederborg, Assistant County Counsel, County of Yolo, Attorneys for Defendants, YOLO COUNTY, PATRICK S. BLACKLOCK and EDWARD G. PRIETO |
| Date: November 18, 2011 | FRANCK & ASSOCIATES |
| | By:   /s/ Elizabeth Vogel Betowski |
| | Attorneys for Plaintiffs ALEX Q. FRANCK, ADAM D. FRANCK |

IT IS SO ORDERED.

Date: November 21, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT