OFFICE OF THE COUNTY COUNSEL
COUNTY OF YOLO
ROBYN TRUITT DRIVON CSB#152270
County Counsel
DANIEL CARL CEDERBORG CSB#124260
Assistant County Counsel
625 Court Street, Room 201
Woodland, CA  95695
Telephone: (530) 666-8172

Attorneys for County of Yolo,
  County Administrator Patrick S. Blacklock, and
  Yolo County Sheriff Edward G. Prieto

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN FRANCK<br><br>            Plaintiff,<br><br>    vs.<br><br>YOLO COUNTY, PATRICK S. BLACKLOCK, COUNTY ADMINISTRATOR, EDWARD G. PRIETO, YOLO COUNTY SHERIFF<br><br>            Defendants. | CASE NO: 2:11-CV-02284-LKK-GGH<br><br>STIPULATED ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>Current Date:  December 19, 2011<br>Time:  10:00 a.m.<br>Courtroom: 4<br><br>Proposed Continued Date:  January 17, 2012<br>Time:  10:00 a.m.<br>Courtroom: 4 |

Defendants YOLO COUNTY, PATRICK S. BLACKLOCK and EDWARD G. PRIETO (hereinafter "DEFENDANTS") and Plaintiffs ALEX Q. FRANCK, and ADAM D. FRANCK hereby agree and stipulate to continue the hearing date on Plaintiff's Motion for Preliminary Injunction and Defendant's Motion to Dismiss the Second Amended Complaint from December 19, 2011 to January 17, 2012 at 10:00a.m. in Courtroom 4 of the United States District Court for the Eastern District of California.

| | | |
|---|---|---|
| 1 | Date: November 18, 2011 | OFFICE OF THE COUNTY COUNSEL<br>COUNTY OF YOLO |

By: ___/s/ Daniel C. Cederborg_____

Daniel C. Cederborg, Assistant County Counsel, County of Yolo, Attorneys for Defendants, YOLO COUNTY, PATRICK S. BLACKLOCK and EDWARD G. PRIETO

Date: November 18, 2011         FRANCK & ASSOCIATES

By: ___/s/ Elizabeth Vogel Betowski_____

Attorneys for Plaintiffs ALEX Q. FRANCK, ADAM D. FRANCK

IT IS SO ORDERED.

Date: November 21, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT