UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN FRANCK,

                                        NO. CIV. S-11-2284 LKK/GGH

        Plaintiff,

    v.

                                        O R D E R

YOLO COUNTY, PATRICK S.
BLACKLOCK, COUNTY
ADMINISTRATOR; EDWARD G.
PRIETO, YOLO COUNTY SHERIFF,

        Defendants.

_____/

        Plaintiffs in this case are minor children who challenge two
Yolo County ordinances that restrict dog barking and dog roaming.
Plaintiffs assert that the ordinances violate the Takings and
Supremacy clauses of the U.S. Constitution. Pending before the
court is a motion for a preliminary injunction to enjoin
enforcement of the ordinances at issue, and a motion by defendants
to dismiss the Second Amended Complaint. Also pending is an
application by Herman Franck to be appointed as guardian ad litem
to the plaintiffs, who are his children.

1

### I. Background

2   Plaintiffs are minor children and are the owners, of two

3   Dalmatians, Spot and Diamond. Plaintiffs would like to walk their

4   dogs off leash in an area near their home in West Sacramento.

5   That area is subject to two county ordinances, Sec. 6-1.401 and

6   Sec. 6-1.403, which prohibit dog roaming and habitual loud dog

7   barking, respectively. Plaintiffs allege that they would like their

8   dogs to be in compliance with the anti-barking ordinance, but that

9   they do know now how to keep their dogs in compliance. Plaintiffs

10  seek to have enforcement of the ordinances permanently enjoined.

11  **B. Procedural Background**

12   The original and first amended complaints in this case named

13  Herman Franck, father of the two current plaintiffs, as the sole

14  plaintiff. Herman Franck is an attorney. Franck filed a Seconded

15  Amended Complaint on November 3, 2011, in which he substituted his

16  two minor children in as plaintiffs, and removed himself as a party

17  to the action. Mr. Franck remains the attorney for his plaintiff

18  children, and has applied to be their guardian ad litem. In that

19  application, Mr. Franck asserts that he is the father of Alex and

20  Adam Franck, that they are both minor children who reside with Mr.

21  Franck and his wife Sabrina Q. Chen in West Sacramento.

22   In the Original and First Amended Complaints, plaintiff

23  asserted that four citations had been issued against Mr. Franck for

24  violations of the dog roaming and dog barking ordinances. The

25  Second Amended Complaint makes no mention of those citations, as

26  they are against Mr. Franck and not his minor children. Defendants

1  contend that the substitution of his two minor children in as
2  plaintiffs is "an attempt to avoid the compelling abstention
3  arguments made in response to Herman Franck's first attempt to
4  obtain a preliminary injunction," the pending civil violations
5  against Herman Franck. Mot. to Dismiss 2.

6      Pursuant to Fed. R. Civ. P. 17(c)(2), the court must appoint
7  a guardian ad litem to protect a minor who is unrepresented in an
8  action. Without a properly appointed guardian ad litem, the current
9  plaintiffs, who are minor children, may not commence suit. Fed. R.
10  Civ. P. 17(c).

11      The court is not convinced that Mr. Franck's motivation in the
12  instant application is to protect the minor plaintiffs. In the
13  application, Mr. Franck made no assertion that he would protect the
14  minor children. Additionally, the court shares defendant's
15  suspicion that Mr. Franck's motivation in substituting his minor
16  children in as plaintiffs is to skirt the abstention issue.

17                          **II. Conclusion**

18      Accordingly, the court ORDERS as follows:

19          [1] Plaintiffs' application for appointment of Herman
20          Franck as Guardian Ad Litem, ECF No. 27, is DENIED.

21          [2] Herman Franck MAY file a new application. If he
22          chooses to do so, he SHALL address the court's concern
23          regarding the issue of abstention.

24          [3] The motion for a preliminary injunction, ECF No. 22,
25          and motion to dismiss, ECF No. 34, are STAYED pending
26          appointment of a guardian ad litem for the plaintiffs.

3

1          [4] The hearing currently scheduled on those motions on

2              January 17, 2012 is VACATED.

3    IT IS SO ORDERED.

4    DATED:   January 12, 2012.

5

6

7                              LAWRENCE K. KARLTON
                               SENIOR JUDGE
8                              UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26