UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN FRANCK,

        Plaintiff,

    v.

YOLO COUNTY, PATRICK S. BLACKLOCK, COUNTY ADMINISTRATOR; EDWARD G. PRIETO, YOLO COUNTY SHERIFF,

        Defendants.

                             /

NO. CIV. S-11-2284 LKK/GGH

O R D E R

    Pending before the court are three motions: plaintiff's Amended Motion to Appoint Herman Franck as Guardian ad Litem for plaintiffs Alex Franck and Adam Franck, ECF No. 41; plaintiff's motion for a preliminary injunction, ECF No. 22, and defendants' motion to dismiss the Second Amended Complaint.

    On January 12, 2012, this court DENIED plaintiff's original application for appointment of a guardian ad litem, and stayed the other two motions pending appointment of guardian ad litem for the plaintiffs. The court vacated the hearing dates on the other

1

motions. The court granted Mr. Franck leave to file a new application to be appointed guardian ad litem, and he did so. The court is now satisfied with the appointment of Mr. Franck as guardian ad litem for Alex Franck and Adam Franck, who are minors.

    Accordingly, the court ORDERS as follows:

       [1] Plaintiff's application, ECF No. 41 is GRANTED. Herman Franck is hereby appointed as guardian ad litem for Alex Franck and Adam Franck.

       [2] A hearing on the two pending motions, ECF Nos. 22 and 34 is SET for April 9, 2012 at 10:00 a.m. The court considers briefing to be complete on both motions.

    IT IS SO ORDERED.

    DATED: March 16, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2